# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed: 2/16/2021 |

United States District Court
Southern District of New York

----------------------------------------------------------X

United States of America,

                Plaintiff                     **SCHEDULING ORDER**

    -against-                            7:21-cr-00083-UA

Tylik Wilson Brown
                     Defendant
----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Arraignment on an Indictment.for 2/26/2021 at 1 pm  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  February 16,2021
        White Plains, New York

                                 SO ORDERED:

                                 s/      PED
                                 _____

                                 PAUL E. DAVISON
                                 United States Magistrate Judge