UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tylik Wilson Brown
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-cr-00083-UA

Defendant Tyrik Wilson Brown hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_/s/ Tylik Wilson Brown /SMB_____      _/s/ Sam Braverman_____
Defendant's Signature                                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Tylik Wilson Brown_____      _Samuel M. Braverman_____
Print Defendant's Name                                     Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2/26/21_____                                  _____
Date                                                    U.S. District Judge/U.S. Magistrate Judge