UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                          **CONSENT TO PROCEED BY**
                                                   **VIDEO OR TELE CONFERENCE**

                        -against-

Tylik Wilson Brown                                 7:21-cr-00083 (VB)
                        Defendant(s).
-------------------------------------------------------------------X

Defendant Tyrik Wilson Brown hereby voluntarily consents to participate in the following
proceeding via    ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
     Indictment Form)

☒    Guilty Plea/Change of Plea Hearing

☒    Bail/Detention Hearing

☒    Conference Before a Judicial Officer

_____s/ Tylik Wilson-Brown /SMB_____        _____s/ Sam Braverman_____
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Tylik Wilson Brown_____               ___Samuel M. Braverman_____
Print Defendant's Name                          Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___3 | 8 | 21_____                        _____
Date                                            U.S. District Judge/U.S. Magistrate Judge