UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

TYLIK D. WILSON BROWN

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**21 Cr 83 (VB))**

Defendant TYLIK D. WILSON BROWN hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

____    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

_X__    Conference Before a Judicial Officer


s/ TYLIK D. WILSON BROWN/SMB
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

s/ SAM BRAVERMAN
Defendant's Counsel's Signature


TYLIK D. WILSON BROWN
Print Defendant's Name

s/ SAMUEL M. BRAVERMAN
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

5|13|21
Date

U.S. District Judge/~~U.S. Magistrate Judge~~