UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____USA_____,
          Plaintiff(s),

v.

_T. Wilson Brown_,
          Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/21

**CALENDAR NOTICE**

21 CR 83 (VB)

    **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for: _In-person_.

✓ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on _7-14-_, 20_21_, at _2:30 pm_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _6/11/21_.

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _6-10-_, 20_21_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge