1



Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverman@fbdmlaw.com

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/21

*Via Electronic Filing*
Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

September 15, 2021

Re:   *United States v. Tylik Wilson Brown*
Dkt.  21 Cr. 0083

Dear Judge Briccetti,

I represent Mr. Wilson Brown in the above-captioned matter. Pursuant to this Court's Order dated August 16th, 2021, defense motions were due by September 16th. I write to respectfully request a brief extension of time to Monday, September 20, 2021 to file any motions.

I have consulted with the Government and they consent to this request. I thank you for your consideration.

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 9/16/21
White Plains, NY

Defense motions due 9/20/21. Opposition due 10/18/21. Reply due 11/1/21.

Respectfully submitted,

/s/ Samuel M. Braverman
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213

---