UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

v.                                       :      **ORDER**

                                         :      21 CR 83 (VB)
TYLIK D. WILSON BROWN,                   :
                Defendant.             :
--------------------------------------------------------------x

      A status conference in this case is scheduled for <u>December 6, 2021, at 2:30 p.m.</u>  At that time, the Court expects to resolve defendant's pending pretrial motions by bench ruling without the need for an evidentiary hearing.  The parties should be prepared to discuss the setting of a tentative trial date and all other pretrial scheduling matters.

Dated: November 22, 2021
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge