UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

v.                                           :        **ORDER**

                                             :        21 CR 83 (VB)
TYLIK D. WILSON BROWN,                        :
                          Defendant.         :
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2021
```

       For the reasons stated on the record at today's conference, which was attended by defendant and counsel for both parties:

       1.     Defendant Wilson Brown's motion to suppress is DENIED.  (Doc. #31).

       2.     Rule 404(b) evidence shall be disclosed by no later than March 18, 2022.

       3.     Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by March 18, 2022.  Opposition to any motions in limine shall be filed by March 25, 2022.  No replies will be permitted absent prior permission from the Court.

       4.     Proposed voir dire and requests to charge shall be filed by April 4, 2022.  The parties are encouraged, to the extent possible, to agree on requests to charge.

       5.     On the consent of the government, 3500 material and Giglio material shall be produced by April 4, 2022.

       6.     Marked government case-in-chief exhibits shall be produced April 4, 2022.

       7.     The final pre-trial conference is scheduled for **April 13, 2022, at 10:00 a.m.**  The Court intends to conduct this conference in person.

       8.     Jury selection and trial is tentatively scheduled for **April 18, 2021, at 9:30 a.m.**

       9.     For the reasons stated on the record today, time is excluded under the Speedy Trial Act in the interest of justice through April 13, 2022.

       The Clerk is instructed to terminate the motion.  (Doc. #31).

Dated: December 6, 2021          SO ORDERED:
      White Plains, NY

                                 Vincent L. Briccetti, U.S.D.J.