UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

TYLIK D. WILSON BROWN,
                Defendant.
------------------------------------------------------------x

**ORDER**

21 CR 83 (VB)

       By Order dated December 6, 2021, the Court tentatively scheduled this case for trial on April 18, 2022. The parties are advised that this date is now a firm date for jury selection and trial.

       **To be clear, this case will proceed to jury selection and trial on April 18, 2022, at 9:30 a.m.**

       The final pre-trial conference remains scheduled for April 13, 2022, at 10:00 a.m., in Courtroom 620.

       All other dates and deadlines set forth in the December 6 Order remain the same.

Dated: February 28, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge