AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

TYLIK D. WILSON BROWN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 21 CR 83 (VB)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-22-22

_[signature]_
Signature of Judge

Vincent L. Briccetti | U.S. District Judge
Name of Judge | Title of Judge

4/22/2022
Date